JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHALA FRANCHISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> COLD FUZION, INC., et al., <br><br> Defendants. | Case No. CV 15-5448-GW(JCx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon Plaintiff's Notice of Voluntary Dismissal [25], it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 17, 2015           BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE